IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CESARIO MARINI-SANCHEZ,                  §
                                         §
          Petitioners,                   §
                                         §
V.                                       §          No. 3:26-cv-950-B-BN
                                         §
SECRETARY, U.S. DEPARTMENT               §
OF HOMELAND SECURITY, ET AL.,            §
                                         §
          Respondents.                   §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant Petitioner Cesario Marini-Sanchez's Motion for Voluntary Dismissal [Dkt. No. 12] and dismiss this action without prejudice. *See* Dkt. No. 18.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 18].

SO ORDERED this 17th day of June, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE